UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**RONNEY JOE DIXON,**

    **Plaintiff,**

v.                                                     Case No.  8:03-cv-2419-T-30MAP

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**
_____/

## ORDER

    THIS CAUSE comes before the Court upon Plaintiff's Uncontested Motion for Award of Attorney's Fees and Costs (Dkt. #21).  Plaintiff requests attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412, in the amount of $2,600.50 ($2,450.50 in attorney's fees and $150.00 in costs).  Defendant does not oppose Plaintiff's request.

    It is therefore ORDERED AND ADJUDGED that

    1.  Plaintiff's Uncontested Motion for Award of Attorney's Fees and Costs (Dkt. #21) is **GRANTED**.

    2.  The Clerk is directed to enter a judgment in favor of Plaintiff against Defendant in the amount of **$2,600.50**.

    **DONE** and **ORDERED** in Tampa, Florida on June 23, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

3S:\Odd\2003\03-cv-2419 Unopposed Motn Attorn Fees Social Security .wpd